US ATTY

# RETURN OF SERVICE

CAB-02-145

Service of the Summons and Complaint was made by me[1]

DATE 7/26/02

NAME OF SERVER (PRINT): Jodi Goodwin

TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

SEP 10 2002

Michael N. Milby
Clerk of Court

☒ Other (specify): CMRRR 7001 2510 0006 8915 9444

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/26/02
Date

Signature of Server

1322 E. Tyler Ave. Harlingen TX 78550
Address of Server

[stamp: SOUTHERN DISTRICT OF TEXAS FILED 02 SEP 10 AM 9:__ MICHAEL N. MILBY, CLERK]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.