IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| OSWALDO CALDERON-TERRAZAS )<br>)<br>v.   )<br>)<br>AARON CABRERA, ACTING   )<br>DIRECTOR, HLG/DO, THE   )<br>IMMIGRATION & NATURALIZATION )<br>SERVICE, and   )<br>JOHN ASHCROFT, UNITED STATES )<br>ATTORNEY GENERAL   )<br>_____ ) | CIVIL ACTION NO. B-02-145 |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner OSWALSO CALDERON TERRAZAS with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: September 27, 2002

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing of Administrative Record was mailed via first class mail, postage prepaid to:

>Jodi Goodwin, Esquire
>1322 E. Tyler Ave.
>Harlingen, TX  78550

on this 27th day of September, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney