United States District Court
Southern District of Texas
ENTERED

NOV 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-45 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| TEODULO CANTU-DELGADILLO, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| DANIEL CARRIZALOS-PEREZ, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| MANUEL SANDOVAL-HERRERA, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-138 |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |

| | | |
|---|---|---|
| EUGENIO REYNA MONTOYA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-02-144 |
| | § | |
| AARON CABRERA,<br>INS ACTING DISTRICT DIRECTOR, ET AL.<br>Defendant. | §<br>§<br>§ | |

| | | |
|---|---|---|
| OSWALDO CALDERON-TERRAZAS,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-02-145 |
| | § | |
| AARON CABRERA,<br>INS ACTING DISTRICT DIRECTOR, ET AL.<br>Defendant. | §<br>§<br>§ | |

## ORDER

The parties in the above styled causes of action are hereby ORDERED to appear before Judge Recio for a status conference on December 17, 2002 at 1:30 p.m.

DONE at Brownsville, Texas, this 25th day of November, 2002.

Felix Recio
United States Magistrate Judge