UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| OSWALDO CALDERON-TERRAZAS ) | |
| ) | |
| ) | C.A. NO. B-02-145 |
| ) | |
| versus ) | |
| ) | |
| AARON CABRERA, INS ACTING ) | |
| DISTRICT DIRECTOR, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |

**PETITIONER'S UNOPPOSED MOTION FOR LEAVE OF COURT TO LATE FILE PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

On November 26, 2002, this honorable Court issued an order for a status conference to be held on December 17, 2002 at 1:30 p.m. In preparation for this status conference, Petitioner's counsel discovered that through oversight no response to the Respondent's Motion to Dismiss had been filed with this Court. Petitioner's counsel immediately attempted to make contact with Respondent's counsel, Lisa Putnam, to determine whether or not she would be opposed to Petitioner seeking leave of this Court to late file Petitioner's Opposition to Respondent's Motion to Dismiss.

On December 2, 2002, Petitioner's counsel was able to verify with Ms. Putnam that she did not have any opposition to the request for leave of Court to late file Petitioner's Opposition to Respondent's Motion to Dismiss. This case is currently grouped with several other cases, all presenting essentially the same issues. Respondent's counsel is aware of the arguments being set forth in the Opposition and Petitioner is not presenting any other arguments in the Opposition that have not been presented in the similar cases.

WHEREFORE, Petitioner prays this motion be granted and that he be allowed to late file his Opposition to Respondent's Motion to Dismiss.

Respectfully submitted,

*[signature]*

Jodi Goodwin, Esq.
1322 East Tyler Avenue
Harlingen, Texas 78550
956-428-7212
956-428-7360 (fax)
Fed. ID: 20102
Texas Bar No: 00793835

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was personally delivered to the SAUSA, Lisa, Putnam, by hand delivery to USINS, 1709 Zoy Street, Harlingen, Texas 78550 on this the 12th day of December, 2002.

*[signature]*

Jodi Goodwin, Esq.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OSWALDO CALDERON-TERRAZAS ) | |
| ) | |
| ) | C.A. NO. B-02-145 |
| ) | |
| versus ) | |
| ) | |
| AARON CABRERA, INS ACTING ) | |
| DISTRICT DIRECTOR, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |

**ORDER**

After considering the pleadings, Petitioner's Unopposed Motion for Leave of Court to Late File Petitioner's Opposition to Respondent's Motion to Dismiss Petition for Habeas Corpus should be and is hereby GRANTED.

IT IS FURTHER ORDERED that Petitioner may file his Opposition to Respondent's Motion to Dismiss Petition for Habeas Corpus and the same will be considered by the Court.

Done on this the _____ day of December, 2002.

_____
United States Magistrate Judge