UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSWALDO CALDERON-TERRAZAS ) | |
| ) | |
| ) | C.A. NO. B-02-145 |
| ) | |
| versus ) | |
| ) | |
| AARON CABRERA, INS ACTING ) | |
| DISTRICT DIRECTOR, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |

### ORDER

After considering the pleadings, Petitioner's Unopposed Motion for Leave of Court to Late File Petitioner's Opposition to Respondent's Motion to Dismiss Petition for Habeas Corpus should be and is hereby GRANTED.

IT IS FURTHER ORDERED that Petitioner may file his Opposition to Respondent's Motion to Dismiss Petition for Habeas Corpus and the same will be considered by the Court.

Done on this the 16th day of December, 2002.

United States Magistrate Judge