*14*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

OSWALDO CALDERON-TERRAZAS   *

VS                          *   C.A. No. B-02-145

AARON CABRERA, ET AL        *

### ORDER CANCELLING CONFERENCE

The status conference set for January 23, 2003, in the above-captioned case is hereby **CANCELLED**.

DONE at Brownsville, Texas, on 14th day of January 2003.

---
Felix Recio
United States Magistrate Judge