# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSWALDO CALDERON-TERRAZAS § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-145 |
| § | |
| JOHN ASHCROFT, U. S. ATTORNEY § | |
| GENERAL, ET AL § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:   **HEARING ON MOTION TO DISMISS**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN**

DATE AND TIME: APRIL 16, 2003 @ 2:30 PM

Michael N. Milby, Clerk

BY: _____
Irma A. Soto, Deputy Clerk

DATE: March 28, 2003

TO: ALL COUNSEL OF RECORD