UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 23 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| OSWALDO CALDERON-TERRAZAS, ) ) ) ) AARON CABRERA, INS ACTING ) DISTRICT DIRECTOR, and ) JOHN ASHCROFT, UNITED STATES ) ATTORNEY GENERAL. ) ) | C.A. NO. B-02-145 |

**PETITIONER'S UNOPPOSED APPLICATION FOR SUBPOENA *AD TESTIFICANDUM***

Pursuant to Federal Rule of Civil Procedure 45, Petitioner makes application to this honorable Court for issuance of a subpoena *ad testificandum* to compel the Bureau of Immigration and Customs Enforcement (BICE) to cause Petitioner to appear for testimony in this honorable Court.

The instant proceeding is set for a hearing on April 29, 2003 at 1:30 p.m. Mr. Calderon is in the custody of the BICE currently being housed at the Port Isabel Service Processing Center in Bayview, Texas. Given Mr. Calderon's custody status, his presence at the hearing on April 29, 2003 can only be by order of this Court for the BICE to cause him to appear.

This application is based on good cause and the petitioner would be prejudiced if subpoena does not issue because he would be effectively disallowed to attend his hearing.

Prior to filing this application, Petitioner's counsel consulted with Respondent's counsel, Ms. Lisa Putnam, Esq. and she indicated the Respondent's were not opposed to the granting of this application.

WHEREFORE, Petitioner prays that this motion be granted and that a subpoena *ad testificandum* be issued ordering the BICE to cause Petitioner to be present for the hearing on

April 29, 2003 at 1:30 p.m.

                                              Jodi Goodwin
                                              Attorney for Petitioner
                                              Fed. ID: 20102
                                              State Bar No. 00793835

                                              Law Office of Jodi Goodwin
                                              1322 East Tyler Avenue
                                              Harlingen, Texas 78550
                                              956-428-7212
                                              956-428-7360 (fax)

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing Unopposed Application for Subpoena Ad Testificandum was served upon Special Assistant United States Attorney, Lisa Putnam, via hand delivery at 1709 Zoy Street, Harlingen, Texas 78550 on this the 23rd day of April, 2003.

                                              Jodi Goodwin