*18*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSWALDO CALDERON-TERRAZAS, | ) |
| | ) |
| | )   C.A. NO. B-02-145 |
| | ) |
| AARON CABRERA, INS ACTING | ) |
| DISTRICT DIRECTOR, and | ) |
| JOHN ASHCROFT, UNITED STATES | ) |
| ATTORNEY GENERAL. | ) |
| | ) |

## SUBPOENA *AD TESTIFICANDUM*

After considering the pleadings, this Court is of the opinion that a Subpoena ad testificandum should issue and it is therefore ORDERED:

That the Bureau of Immigration and Customs Enforcement cause Petitioner, Oswaldo Calderon-Terrazas, to be present at a hearing in this court on April 29, 2003 at 1:30 p.m. for the purpose of presenting testimony.

SO ORDERED.

Done this the ___28th___ day of April, 2003.

_____
Judge Andrew S. Hanen