THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED
APR 2 9 2003
Michael N. Milby
Clerk of Court

**HEARING ON PENDING MOTIONS**

DATE & TIME  4/29/03 - 1:40 pm - 2:30 pm
              2:40 pm - 3:00 pm
              3:08 pm - 5:22 pm

COUNSEL:

| | | |
|---|---|---|
| CA B-02-214 | Jaime Pequeno-Martinez vs E.M. Trominski, Et Al | Paula Waddle  Lisa Putman |
| CA B-02-145 ✓ | Oswaldo Calderon-Terrazas vs John Ashcroft, Et Al | Jodi Goodwin  Lisa Putman |
| CA B-02-144 | Eugenio Reyna-Montoya vs Aaron Cabrera, Et Al | Lisa Brodyaga & Thelma Garcia  Lisa Putman |

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:

Case called on the docket. Lisa Brodyaga & Thelma Garcia appear for Plaintiff, Eugenio Reyna-Montoya. Paula Waddle appears for Plaintiff, Jaime Pequeno-Martinez. Jodi Goodwin appears for Plaintiff, Oswaldo Calderon-Terrazas. Lisa Putman appears for the defendants in all three cases. Parties announce present and ready.

Court will address common issues in all three cases. Lisa Brodyaga addresses common issues in all three cases. Response by the Govt.

Ms. Paula Waddle proceeds with her case. Deft. Jaime Pequeno-Martinez is sworn in and testifies. Cross-examination by Ms. Putman. Re-cross examination by Ms. Waddle.

Ms. Thelma Garcia proceeds with her case. Deft Eugenio Reyna-Montoya is sworn in and testifies. Cross-examination by Ms. Putman.

Ms. Jodi Goodwin proceeds with her case. Deft Oswaldo Calderon-Terrazas is sworn in and testifies. Cross-examination by Ms. Putman.

```
Hearing on Pending Motions
CA B-02-214, B-02-145 & B-02-144
April 29, 2003
Page 2
```

Court requests Ms. Putman to prepare a list of all cases, including the ones in McAllen, that match or are in the same category as the cases before Magistrate Judge Recio.

Ms. Waddle, Ms. Garcia & Ms. Goodwin proceed with their individual cases and address their issues

Attorneys have until May 5, 2003 to file whatever they want to file for the Court's consideration in its ruling.

Court is adjourned.