

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 9 2003

Michael N. Milby
Clerk of Court

OSWALDO CALDERON-TERRAZAS        )
                                 )
v.                               )
                                 )      CIVIL ACTION NO. B-02-145
AARON CABRERA, ACTING            )
DIRECTOR, HLG/DO, THE            )
IMMIGRATION & NATURALIZATION     )
SERVICE, and                     )
JOHN ASHCROFT, UNITED STATES     )
ATTORNEY GENERAL                 )
_____  )


**RESPONDENTS' NOTICE OF INCORRECT CITATION**


        COME NOW, the Respondents, by and through Michael T.

Shelby, United States Attorney for the Southern District of

Texas, and hereby inform the Court that, subsequent to filing

its Supplemental Points and Authorities Regarding Habeas Corpus

Jurisdiction, the Respondents received notice that the decision

in Flores-Garza v. INS, ___ F.3d ___, 2003 WL 1893262 (5th Cir.

April 17, 2003) had been withdrawn by the Fifth Circuit Court of

Appeals.   However, the decision has been reinstated and the

correct citation is:  Flores-Garza v. INS, ___ F.3d ___, 2003 WL

1893262 (5th Cir. May 2, 2003).


1

Since the reinstated decision does not contain any substantive differences, the Respondents' position, as set forth in the Supplemental Points and Authorities Regarding Habeas Corpus Jurisdiction, remains unchanged.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

May 7, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing

Respondents' Notice of Incorrect Citation was mailed via first

class mail, postage prepaid to:

> Jodi Goodwin, Esquire
> 1322 E. Tyler Ave.
> Harlingen, TX  78550

on this 7th day of May, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney