IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSWALDO CALDERON-TERRAZAS § | |
| § | |
| VS. § | CIVIL NO. B-02-145 |
| § | |
| AARON CABRERA, ACTING DIRECTOR, § | |
| HLG/DO, THE IMMIGRATION & § | |
| NATURALIZATION SERVICE, and § | |
| JOHN ASHCROFT, UNITED STATES § | |
| ATTORNEY GENERAL § | |

## JUDGMENT

Pursuant to the opinion issued on today's date, the Respondents' Motion to Dismiss and the Petition for Writ of Habeas Corpus of Oswaldo Calderon-Terrazas are hereby denied. (See attached Memorandum Opinion) All other pending motions are also denied.

Signed in Brownsville, Texas on the 8th day of September, 2003.

Andrew S. Hanen
United States District Judge