```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

```
JAIME PEQUENO-MARTINEZ      )
                            )
                            )  CIVIL ACTION NO.
VS.                         )  B-02-214
                            )
E.M. TROMINSKI, ET AL       )
                            )


EUGENIO REYNA-MONTOYA       )
                            )
                            )
                            )  CIVIL ACTION NO.
VS.                         )  B-02-144
                            )
AARON CABRERA, ET AL        )
                            )


OSWALDO CALDERON-TERRAZAS   )
                            )
                            )
                            )  CIVIL ACTION NO.
VS.                         )  B-02-145
                            )
JOHN ASHCROFT, ET AL        )
                            )
```

                        MOTION HEARING
              BEFORE THE HONORABLE ANDREW S. HANEN
                        APRIL 29, 2003

APPEARANCES:

For Petitioner Pequeno-Martinez:    MS. PAULA S. WADDLE
                                    107 North 3rd
                                    Harlingen, Texas  78550

For Petitioner Reyna-Montoya        MS. ELISABETH LISA S. BRODYAGA
                                    17891 Landrum Park Road
                                    San Benito, Texas  78586

For Petitioner Calderon-Terrazas    MS. JODILYNN MARIE GOODWIN
                                    1322 East Tyler
                                    Harlingen, Texas  78550

**CERTIFIED COPY**