United States District Court
Southern District of Texas
FILED

DEC 3 0 2004

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 28, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

       No. 03-41318 Calderon-Terrazas v. Ashcroft
       USDC No.  1:02-CV-145

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes    ( 1 ) Envelope    (  ) Boxes

                 Sincerely,

                 CHARLES R. FULBRUGE III, Clerk

            By: _____
                 Shea Pertuit, Deputy Clerk
                 504-310-7666

cc: (letter only)
    Honorable Andrew S Hanen
    Ms Jodilyn Marie Goodwin
    Mr Donald Anthony Couvillon
    Ms Terri Jane Scadron

P.S. to Judge Hanen:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1